IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEYSTONE SPORTS AND ENTERTAINMENT LLC**, *et al.*,  :<br>:<br>Plaintiffs,  :<br>v.  :<br>:<br>**FEDERAL INSURANCE COMPANY**, *et al.*,  :<br>Defendants.  : | **CIVIL ACTION**<br><br>**NO. 21-609** |

## ORDER

**AND NOW**, this 7th day of December 2021, upon consideration of Plaintiffs' Motion to Remand (ECF No. 11), Defendants' Response in Opposition (ECF No. 20), Plaintiffs' Reply (ECF No. 24), and Defendants' Sur-reply (ECF No. 27), **IT IS HEREBY ORDERED AND DECREED** that Plaintiffs' Motion to Remand (ECF No. 11) is **DENIED**.

**IT IS FURTHER ORDERED** that Chubb INA Holdings, Inc., and Chubb Group Holdings, Inc. are **DISMISSED WITHOUT PREJUDICE**.[1]

BY THE COURT:

/s/ Petrese B. Tucker
_____
Hon. Petrese B. Tucker, U.S.D.J.

---

[1] This Order accompanies the Court's Memorandum dated December 7, 2021.