UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEYSTONE SPORTS AND ENTERTAINMENT LLC,** *et al.*<br><br>*Plaintiffs,*<br><br>v.<br><br>**FEDERAL INSURANCE COMPANY**<br><br>*Defendant.* | No. 2:21-cv-00609-PBT |

**STIPULATION FOR EXTENSION OF TIME**

Pursuant to Local Rule 7.4(b), Plaintiffs Keystone Sports and Entertainment LLC; FC Pennsylvania Stadium LLC; Pennsylvania Professional Soccer LLC; Rivertown Developers, L.P.; Rivertown TCI, L.P.; and KSE U2 LLC (collectively "Plaintiffs") and Defendant Federal Insurance Company ("Federal ") hereby stipulate, subject to the Court's approval, that Plaintiffs shall have until and including May 3, 2022 to file a Brief in Opposition to Defendant's Motion to Dismiss filed pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated:  April 8, 2022                                              Respectfully Submitted,

| | |
|---|---|
| s/ *Marni S. Berger* | s/ *David Newmann* |
| Robert J. Mongeluzzi (PA 36283) | David Newmann (PA 82401) |
| Jeffrey P. Goodman (PA 309433) | Jasmeet K. Ahuja (PA 322093) |
| Marni S. Berger (PA 309303) | Jason M. Russell (PA 325963) |
| Saltz Mongeluzzi & Bendesky P.C. | 1735 Market Street, 23rd Floor |
| 1650 Market Street, 52nd Floor | Philadelphia, PA 19103 |
| Philadelphia, PA 19103 | T: 267-675-4600 |
| T: 215-496-8282 | E: david.newmann@hoganlovells.com |
| E: rmongeluzzi@smbb.com | E: jasmeet.ahuja@hoganlovells.com |
| E: jgoodman@smbb.com | E: jason.russell@hoganlovells.com |
| E: mberger@smbb.com | |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Federal Insurance Company* |

BY THE COURT:

_____
Petrese B. Tucker, U.S.D.J.

**CERTIFICATE OF SERVICE**

    I, Marni S. Berger, hereby certify that on April 8, 2022, a true and correct copy of the foregoing was filed electronically via the ECF filing system and was served via email on the following counsel:

    /s/ *Marni S. Berger*