IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEYSTONE SPORTS AND ENTERTAINMENT LLC**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**FEDERAL INSURANCE COMPANY.**<br>**Defendant.** | **CIVIL ACTION**<br><br>**NO. 21-609** |

## ORDER

**AND NOW**, this 18th day of July 2022, upon consideration of Defendant's Uncontested Motion for Leave to File Reply in Further Support of Its Motion to Dismiss (ECF No. 35), and all responses thereto, **IT IS HEREBY ORDERED AND DECREED** that the Motion is **GRANTED**. The Court will accept and consider Defendant's Reply which is not to exceed **seven (7) pages** and which is to be filed within **seven (7) business days** from the date of this Order

**BY THE COURT**:

/s/ Petrese B. Tucker

_____
**Hon. Petrese B. Tucker, U.S.D.J.**