IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEYSTONE SPORTS AND ENTERTAINMENT LLC,** *et al.*<br><br>*Plaintiffs,*<br><br>v.<br><br>**FEDERAL INSURANCE COMPANY**<br><br>*Defendant*. | No. 2:21-cv-00609-JRP |

## MOTION TO STAY LITIGATION PENDING RESOLUTION OF A CONTROLLING RULING FROM THE SUPREME COURT OF PENNSYLVANIA

Plaintiffs Keystone Sports and Entertainment LLC, FC Pennsylvania Stadium LLC, Pennsylvania Professional Soccer LLC, Rivertown Developers, L.P., Rivertown TCI, L.P., and KSE U2 LLC, by and through their undersigned counsel, file this Motion to Stay Litigation Pending Resolution of a Controlling Ruling from the Supreme Court of Pennsylvania. The reasons for this Motion are set forth in the accompanying Brief in Support and Exhibits thereto, which are incorporated by reference herein.

Date: August 10, 2022                               Respectfully submitted,

                                                         /s/ Marni S. Berger
Robert J. Mongeluzzi; ID No. 36283
Jeffrey P. Goodman; ID No. 309433
Marni S. Berger; ID No. 309303
Samuel B. Dordick; ID No. 322647
**SALTZ MONGELUZZI &**
**BENDESKY P.C.**
One Liberty Place
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
Telephone: 215-496-8282
rmongeluzzi@smbb.com
jgoodman@smbb.com
mberger@smbb.com
sdordick@smbb.com

Adam J. Levitt
Mark Hamill*
**DICELLO LEVITT GUTZLER LLC**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone:  312-214-7900
alevitt@dicellolevitt.com
mhamill@dicellolevitt.com

Mark A. DiCello*
Kenneth P. Abbarno*
Mark Abramowitz*
**DICELLO LEVITT GUTZLER LLC**
7556 Mentor Avenue
Mentor, Ohio 44060
Telephone:  440-953-88
madicello@dicellolevitt.com
kabbarno@dicellolevitt.com
mabramowitz@dicellolevitt.com

Mark Lanier*
**THE LANIER LAW FIRM PC**
10940 West Sam Houston Parkway North
Suite 100
Houston, Texas 77064
Telephone:  713-659-5200
WML@lanierlawfirm.com


Timothy W. Burns*
**BURNS BOWEN BAIR LLP**
One South Pinckney Street, Suite 930
Madison, Wisconsin 53703
Telephone: 608-286-2302
tburns@bbblawllp.com

Douglas Daniels*
**DANIELS & TREDENNICK**
6363 Woodway, Suite 700
Houston, Texas 77057
Telephone:  713-917-0024
douglas.daniels@dtlawyers.com

*Applications for admission *pro hac vice* to be filed.

**CERTIFICATE OF SERVICE**

I, Marni S. Berger, hereby certify that on this 10th day of August 2022, a true and correct copy of the foregoing Motion to Stay Litigation Pending Resolution of a Controlling Ruling from the Supreme Court of Pennsylvania was filed electronically via the ECF filing system and was served electronically on all counsel of record.

/s/ *Marni S. Berger*