IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEYSTONE SPORTS AND ENTERTAINMENT LLC,** *et al.* <br><br> *Plaintiffs,* <br><br> v. <br><br> **FEDERAL INSURANCE COMPANY** <br><br> *Defendant*. | No. 2:21-cv-00609-JRP |

## ORDER

AND NOW, this _____ day of _____ 2022, upon consideration of the Motion to Stay Proceedings filed by Plaintiffs and the Response(s) filed by Defendant, it is hereby ORDERED and DECREED that the Motion is granted.

BY THE COURT

_____
Hon. John R. Padova, U.S.D.J.