IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEYSTONE SPORTS AND ENTERTAINMENT LLC, et al.<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:21-cv-00609-JP<br><br>Hon. District Judge John R. Padova |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41, Plaintiffs Keystone Sports and Entertainment., LLC, et al., and Defendant Federal Insurance Company, by and through their undersigned counsel, stipulate and agree that this action shall be dismissed with prejudice.

Respectfully submitted,

Dated: December 2, 2024

*/s/ Jeffrey Goodman*
Jeffrey Goodman, Esq.
Samuel Dordick, Esq.
Jacob Glackman, Esq.
**SALTZ MONGELUZZI & BENDESKY P.C.**
One Liberty Place, 52nd Floor
1650 Market Street
Philadelphia, PA 19103
Tel: (215) 273-3225
Fax: (215) 496-0999

*Attorneys for Plaintiffs Keystone Sports and Entertainment LLC, et al.*

*/s/ David Newmann*
David Newmann, Esq.
Jasmeet K. Ahuja, Esq.
**HOGAN LOVELLS US LLP**
1735 Market Street, 23rd Floor
Philadelphia, PA 19103
Tel: (267) 675-4600
Fax: (267) 675-4601

*Attorneys for Defendant Federal Insurance Company*

**CERTIFICATE OF SERVICE**

I, Jeffrey P. Goodman, hereby certify that, on December 2, 2024, I caused the foregoing Joint Stipulation of Dismissal with Prejudice to be electronically filed with the Clerk of the U.S. District Court for the Eastern District of Pennsylvania using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Jeffrey Goodman
Jeffrey Goodman, Esq.